**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA MARCELO, a California resident,<br><br>    Plaintiff,<br><br>  v.<br><br>IVY VENTURES, LLC, a Virginia limited liability company,<br><br>    Defendant.<br>_____ / | No. C 10-04609 WHA<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Based upon a thorough review of the briefing submitted by both sides, this order finds that the issues presented in plaintiff's motion for preliminary injunctive relief and defendant's motion to dismiss are so interwoven that they must be addressed concurrently. As such, the hearing on plaintiff's motion for preliminary injunctive relief will be continued to **8:00 A.M. ON DECEMBER 9, 2010**, the same date as the hearing on defendant's motion to dismiss. Plaintiff, however, would be well advised to exhaust all steps of seeking relief in the United States District Court for the Eastern District of Virginia to modify or clarify the terms of the Virginia state court's injunction prior to the December 9 hearing.

**IT IS SO ORDERED.**

Dated: November 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE