IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA MARCELO, a California resident, | No. C 10-04609 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING PENDING MOTION FOR PRELIMINARY RELIEF** |
| IVY VENTURES, LLC, a Virginia limited liability company | |
| Defendant. | |

Because significant time has passed since the briefing on plaintiff's motion for preliminary injunctive relief, the parties are invited to file papers providing an update on their dispute. In particular, the Court requests to be appraised of plaintiff's current employment status and the nature of any such employment. The update papers from each party shall not exceed ten pages and must be filed by **NOON ON DECEMBER 6, 2010**.

**IT IS SO ORDERED.**

Dated: December 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE