IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYRA MARCELO, a California resident,

    Plaintiff,

  v.

IVY VENTURES, a Virginia limited liability company,

    Defendant.
                                   /

No. C 10-04609 WHA

**ORDER GRANTING IN PART STIPULATED REQUEST TO EXTEND DEADLINES**

On December 21, 2010, the parties filed a joint stipulated request to extend several pending deadlines in this action by four weeks. The parties represented that they "have agreed to a settlement in principle to resolve this action and the related Virginia action" and that they "seek to avoid potentially unnecessary briefing during the holiday season" (Dkt. No. 56).

This request is **GRANTED IN PART**. The deadlines related to defendant's pending motion to dismiss are each extended by one week. Accordingly, (1) plaintiff's opposition to the motion shall be due on **DECEMBER 30, 2010**; (2) defendant's reply in support of the motion shall be due on **JANUARY 6, 2011**; and (3) the hearing on this motion currently set for January 13, 2011 is continued to **8:00 A.M. ON JANUARY 20, 2011**. The case management conference remains set for **11:00 A.M. ON JANUARY 20, 2011**. No further extensions of these deadlines will be granted. The parties are encouraged to cooperate in expeditiously reducing their settlement in principle to paper.

**IT IS SO ORDERED.**

Dated: December 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE