IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA MARCELO, a California resident,<br><br>    Plaintiff,<br><br>  v.<br><br>IVY VENTURES, a Virginia limited liability company,<br><br>    Defendant.<br>_____ / | No. C 10-04609 WHA<br><br>**ORDER REQUESTING UPDATE ON SETTLEMENT STATUS** |

On December 21, 2010, the parties filed a joint stipulated request to extend several pending deadlines in this action by four weeks. The parties represented that they "have agreed to a settlement in principle to resolve this action and the related Virginia action" and that they "seek to avoid potentially unnecessary briefing during the holiday season" (Dkt. No. 56). This request was granted in part (Dkt. No. 57). No dismissal or settlement has been filed, however.

Defendant's pending motion to dismiss, stay, or transfer the action is set for hearing next week. The Court now is turning to that motion in earnest to prepare for the hearing, and is disappointed to learn after-the-fact that counsel's representations that the case had settled in principle and would be dismissed were apparently not true.

By **3:00 P.M. ON JANUARY 14, 2011**, counsel shall advise the Court whether a final settlement has been reached such that the Court will not have to work on preparing for next week's hearing over the three-day weekend if the hearing will be unnecessary. Please do not ask for any further continuances.

**IT IS SO ORDERED.**

Dated: January 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE